IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00061-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN BRENTLEY C. REYNOLDS, a/k/a Chance Reynolds,

    Defendant.

## ORDER TO RESCHEDULE CHANGE OF PLEA HEARING

The Court ORDERS that the change of plea hearing in this matter previously set for June 7, 2006 is RESCHEDULED to **June 14, 2006 at 1:30 p.m.**

    DATED: June 7, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge